UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAGNATH KHARAT,

Plaintiff,

26-CV-03409 (PAE) (VF)

-against-

**ORDER**

MARIE KREUTZER, et al.,

Defendants.
----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge:**

On May 12, 2026, the Court directed Plaintiff to provide an update as to whether service on the defendants had been completed or explaining the status of service. ECF No. 19. No update was provided. Plaintiff is directed to provide an update by **August 28, 2026**.

The Clerk of Court is respectfully directed to mail a copy of this order on pro se Plaintiff.

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge